# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MEDRANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER ACOSTA, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:18-cv-10108-JLS-FFM<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

　　　　IT IS ORDERED that (1) plaintiff's *Bivens* claims are dismissed with prejudice; and (2) plaintiff's remaining claims are dismissed with leave to amend.

/ / /

/ / /

1  Plaintiff may, within 30 days of the date of this order, file an amended pleading
2  curing the deficiencies in the claims for which leave to amend has been granted.

5  DATED: September 08, 2020

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE